# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

130745

ROBERT JACKSON, JR.,
          Plaintiff-Appellee,

v

LONE STAR STEAKHOUSE & SALOON
OF MICHIGAN, INC.,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130745
COA: 256332
Saginaw CC: 02-046078-NO

      On order of the Court, the application for leave to appeal the December 8, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the summary disposition order of the Saginaw Circuit Court for the reasons stated in the Court of Appeals dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

_____
Clerk

t0614